AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF FLORIDA

United States of America

v.                                              )
                                                )
                                                )          Case No.  13-8304-DLB
                                                )                    8807
TIMOTHY P. McCABE                               )
                                                )

*Defendant.*

FILED by _____ D.C.

JUN 2 1 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

JUN 19 REC'D

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    TIMOTHY P. McCABE                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Fraud by Wire, 18 USC 1343; and Fraud on a financial institution, 18USC 1344

Date:  6 - 19 - 2013                              _____
                                                  *Issuing officer's signature*

City and state:  WEST PALM BEACH, FLORIDA         DAVE LEE BRANNON, US MAGISTRATE JUDGE
                                                  *Printed name and title*

---

| **Return** |
|---|

This warrant was received on *(date)* 6-19-13 , and the person was arrested on *(date)* 6-20-13
at *(city and state)*  W. Palm Beach, FL .
                                    by FBI

Date: 6-20-13                                     _____
                                                  *Arresting officer's signature*

                                                  Jorge A. Rivera  Special Agent
                                                  *Printed name and title*

9261799
1304 0619 3947 - J