PROB 12B  
(SD/FL) 09/96                                                                  SD/FL PACTS No.: 117770

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO.: <u>13-80153-CR-RYSKAMP</u> *Scola*

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Timothy P. McCabe

Name of Sentencing Judicial Officer: The Honorable Kenneth L. Ryskamp, Senior United States District Judge, West Palm Beach, Florida

Date of Original Sentence: March 19, 2014

Original Offense:      Count 1-5: Fraud of a financial institution, 18 U.S.C. $1344, a Class B felony

Original Sentence:     60 months custody of the Bureau of Prisons, five years supervised release, and a $500.00 special assessment. Special conditions: The defendant shall: 1) provide complete access to financial information; 2) shall not apply for, solicit or insure any further debt; 3) submit to a search of his/her person or property; 4) not own, operate, act as a consultant, be employed in, or participate in any manner, in any related concern; 5) upon request from appropriate regulatory agency, relinquish his/her license to said agency; 6) participate in an approved treatment program; 7) $5,997,015.77 restitution.

Type of Supervision: Supervised Release     Date Supervision Commenced: October 27, 2016

### PETITIONING THE COURT

☐     To extend the term of supervision for _____ years, for a total term of _____ years.  
☒     To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $200.00 per month until such time as the Court may alter that payment schedule in the interest of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.**

PROB 12B
(SD/FL) 09/96

SD/FL PACTS No.: 117770

## CAUSE

The defendant was ordered to restitution in the amount of $5,997,015.77. A financial investigation was conducted to determine what amount the defendant could afford to pay monthly. The defendant reported his household income and expenses on a monthly basis. The information was compared to the documentation provided by the defendant and the expenses were adjusted accordingly. Based on this information, it was determined the defendant will be able to pay $200.00 per month towards restitution.

The defendant was presented with this information and concurred with our assessment, consequently voluntarily signed the enclosed *Waiver of Hearing to Modify Conditions of Supervised Release*, thus establishing restitution at $200.00 per month commencing on January 1, 2017.

Respectfully submitted,

by: _____
Justin Brownlee
Justin Edward Brownlee
2016.12.21 11:55:49 -05'00'

Justin Brownlee
United States Probation Officer
Office: 561-804-6895
Cellular: 786-348-4663
Date: December 21, 2016

---

THE COURT ORDERS:

☐ No Action
☒ The Modification of Conditions as Noted Above
☐ Submit a Request for ☐ Warrant or ☐ Summons

_____
Signature of Judicial Officer

01/3/2017
Date